B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, Jennifer Hepola, certify that service of this summons, a copy of the complaint and Notice of Deadlines For Third Wave of Complaints Governed By Order Establishing Procedures Governing Certain Adversary Proceedings Commenced By the Debtors Pursuant to 11 U.S.C. §§ 547, 548, 549, and 550 was made on November 22, 2021, by:

☒ Mail Service: By Certified, first class United States mail, and postage fully pre-paid, addressed to:

<u>Defendant</u> [**via Certified Mail 7020 2450 0001 4984 6369**]
John Zillmer, CEO
Aramark Services, Inc. fdba Aramark Corporation
2400 Market Street
Philadelphia, Pennsylvania  19103

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the forgoing is true and correct.

Date: <u>November 22, 2021</u>   Signature: <u>/s/ Jennifer Hepola</u>
         Date

                        Print Name:           Jennifer Hepola
                        Business Address:     2600 Eagan Woods Drive, Suite 400
                                              St. Paul, Minnesota  55121

No: 2242827 Stat: - Answ: /*