IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>DEAN FOODS COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-36314 (DRJ)<br><br>(Jointly Administered) |
| Daniel H. Golden, as Liquidating Trustee of the DFC Liquidating Trust,<br><br>Plaintiff,<br><br>v.<br><br>Aramark Services, Inc. fdba Aramark Corporation,<br><br>Defendant. | Adv. No. 21-04103 |

## CERTIFICATE OF SERVICE

I, Jean Esslinger, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this ***Notice of Dismissal of Adversary Proceeding*** was made on June 16, 2022, via

[X]   Electronic mail, addressed to:

Counsel for Defendant
Sheila R. Schwager, Esq.
HAWLEY TROXELL ENNIS & HAWLEY, LLP
Email: sschwager@hawleytroxell.com

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: June 16, 2022            */s/ Jean Esslinger*
Jean Esslinger
ASK LLP
2600 Eagan Woods Drive, Suite 400
Saint Paul, MN 55121